O

# United States District Court
# Central District of California

| | |
|---|---|
| SUSAN SCHOEPP,<br><br>               Plaintiff,<br><br>     v.<br><br>MCKESSON CORP.; ELI LILLY AND CO.; and DOES 1–100, inclusive,<br><br>              Defendants. | Case № 2:16-cv-02253-ODW (FFM)<br><br>**ORDER TO SHOW CAUSE RE: POTENTIAL TRANSFER TO COORDINATION TRIAL JUDGE (JCCP 4825)** |

      On June 25, 2015, the Judicial Council of California designated the Honorable Jane L. Johnson of the Los Angeles Superior Court as the Coordination Trial Judge for matters related to Cymbalta litigation. (Order Assigning Coordination, Stanley Decl. re: Notice of Removal, Ex. F.)

      This Court now asks the parties if the case at bar involves such common questions of fact with the actions previously transferred to Judge Johnson under JCCP 4825, and whether transfer to the Superior Court's coordinated action is now appropriate. Alternatively, parties are to explain why, in the face of any commonalities between this action and those in state court under Judge Johnson, this matter should remain before this Court.

      Parties are to respond, in writing, to the above questions, including by joint

stipulation, by April 18, 2016.  A request by Defendant to remand this matter and transfer the case to the coordination trial judge will be considered a valid response to this Order.

All other dates and deadlines in this action **REMAIN** on calendar.

**IT IS SO ORDERED.**

April 4, 2016

```
                         _____
                              OTIS D. WRIGHT, II
                         UNITED STATES DISTRICT JUDGE
```