O

1
2
3
4
5
6
7
8        United States District Court
9        Central District of California
10

| | |
|---|---|
| SUSAN SCHOEPP, | Case № 2:16-cv-02253-ODW (FFM) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE:** |
| MCKESSON CORP.; ELI LILLY AND CO.; and DOES 1–100, inclusive, | **SETTLEMENT** |
| Defendants. | |

In light of the Notice of Settlement (ECF No. 35), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **by June 13, 2016**, why settlement has not been finalized.  No hearing will be held.  All other dates and deadlines in this action are **VACATED** and taken off calendar, **including parties' pending Motions to Remand and Transfer Venue**.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

May 12, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**