JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| SUSAN SCHOEPP,<br><br>Plaintiff,<br><br>v.<br><br>MCKESSON CORPORATION, A CORPORATION; AND ELI LILLY AND COMPANY, A CORPORATION; AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | Case № 2:16-CV-02253-ODW-FFM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having considered the parties' Joint Stipulation of Dismissal with Prejudice (ECF No. 62) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby **DISMISSES WITH PREJUDICE** the entire action, including Plaintiff's Complaint, any and all claims and counterclaims which were or could have been asserted by the parties in the above-entitled action. Each party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

November 8, 2018

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**